No. 34,612

C. E. SHOUSE, *Appellee*, v. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CHEROKEE, C. ARCH SMITH, as Chairman, M. E. WADE and ROBERT QUARTON, as Members, etc., *Appellees;* THE MISSOURI-KANSAS-TEXAS RAILROAD COMPANY, THE KANSAS CITY SOUTHERN RAILROAD COMPANY, GUY A. THOMPSON, as Trustee of THE MISSOURI PACIFIC RAILROAD COMPANY, Debtor, *Appellants.*

(102 P. 2d 1043)

Opinion on rehearing filed June 8, 1940. (For original opinion of reversal see 151 Kan. 458, 99 P. 2d 779.)

*Don H. Elleman, Paul H. Elleman,* both of Columbus, *W. W. Brown,* of Parsons, *W. P. Waggener, O. P. May,* both of Atchison, *F. H. Moore, Wm. E. Davis* and *James B. McDonough, Jr.,* all of Kansas City, Mo., for the appellants.

*C. E. Shouse,* pro se.

*Paul L. Harvey,* of Topeka, as *amicus curiae.*

The opinion of the court was delivered by

ALLEN, J.: The motion of the appellees for a rehearing in this case was granted. (For original opinion see *Shouse v. Cherokee County Comm'rs,* 151 Kan. 458, 99 P. 2d 779.) Supplemental briefs by the original parties and briefs *amicus curiae* have been filed, and the case has been reargued.

In this case we were called upon to construe the statutes commonly referred to as the cash-basis law and the budget law. These laws directly affect the administration of our tax laws in every county of the state. Owing to the great public interest in the decision, the rehearing was granted.

We have reëxamined the questions presented and adhere to conclusions reached in our former opinion. If the statutes are to be

modified or changed, the appeal must be to the legislature. To accede to arguments pressed upon us would defeat the purpose of these enactments. Such appeals must be addressed to the law-making branch of the government; not to the courts.

Former opinion adhered to.

HARVEY, J., not sitting.